*E-Filed 8/17/09*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADIL K. JAFFER, | No. 5:09-MC-80111-JW (RS) |
| Petitioner, | |
| v. | **ORDER SETTING REPLY DEADLINE AND DEEMING MATTER PROPER FOR DETERMINATION WITHOUT ORAL ARGUMENT** |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

On May 26, 2009, Petitioner Adil K. Jaffer filed a petition to quash a civil administrative summons served by the Internal Revenue Service on Google, Inc., dated May 5, 2009. Respondent United States of America filed its opposition on July 28, 2009.

Petitioner is now directed to file his reply, if any, no later than **August 28, 2009**. Following that date, the matter will be decided without oral argument, unless the Court otherwise orders.

IT IS SO ORDERED.

Dated: 8/17/09

_____
RICHARD SEEBORG
United States Magistrate Judge