William E. Taggart, Jr. (SBN 041134)
Taggart & Hawkins P.C.
1901 Harrison Street, Suite 1600
Oakland, CA 94612-3501
(510) 893-9999 (telephone)
(510) 893-9980 (facsimile)
wetaggart@tagghawk.com

Attorneys for Petitioner
ADIL K. JAFFER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADIL K. JAFFER,<br><br>    Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | Case No. 5:09-mc-80111 JW (RS)<br><br>**STIPULATION REGARDING SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER** |

## STIPULATION

The undersigned party and counsel hereby stipulate that Petitioner Adil K. Jaffer ("Jaffer") has decided to engage William E. Taggart of Taggart & Hawkins P.C. in the above-captioned matter in the place of Amy J. Bagdasarian, Kathleen M. Pakenham and William Currier, and the law firm of White & Case LLP. White & Case LLP's addresses of record are 3000 El Camino Real, 5 Palo Alto Square, 10th Floor, Palo Alto, CA 94306, telephone (650) 213-0300, facsimile (650) 213-815; 1155 Avenue of the Americas, New York, NY 10036, telephone (212) 819-8200, facsimile (212) 354-8113; and 701 Thirteenth Street, NW, Washington, DC, 20005, telephone (202) 626-3600, facsimile (202) 639-9355.

On July 29, 2009, Taggart & Hawkins P.C. appeared as counsel on behalf of Jaffer, *see* Docket Entry #13, and has begun receiving all papers, pleadings, and notices in the litigation at Taggart & Hawkins P.C.'s address of record: 1901 Harrison Street, Suite 1600, Oakland, CA 94612, telephone (510) 893-9999, facsimile (510) 893-9980. *See* Civil L.R. 11-5(b).

Petitioner Jaffer hereby requests the Court to permit Taggart & Hawkins, P.C. to substitute as counsel of record for White & Case LLP on Jaffer's behalf.

I consent to the above substitution of counsel:

Dated: 15 August, 2009

ADIL K. JAFFER

By: _____
ADIL K. JAFFER

I consent to the above substitution of counsel and am admitted to the bar of this Court:

Dated: August 17, 2009

TAGGART & HAWKINS P.C.

By: _____
WILLIAM E. TAGGART
Counsel for Petitioner Adil K. Jaffer

I consent to the above substitution of counsel:

Dated: August 17, 2009

WHITE & CASE LLP

By: _____
KATHLEEN PAKENHAM
AMY BAGDASARIAN

-1-

| | |
|---|---|
| 1 | WILLIAM CURRIER |
| 2 | Former counsel for Petitioner Adil K. Jaffer |

### ATTESTATION OF FILING

Pursuant to N.D. Cal. General Order 45, Section 45(X)(B), I, William E. Taggart, attest that concurrence in the filing of this document has been obtained by all the signatories hereto.

TAGGART & HAWKINS P.C.

By: _____
WILLIAM E. TAGGART
Counsel for Petitioner Adil K. Jaffer

XXXXXXXX [ **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August 20, 2009

_____
JAMES WARE
UNITED STATES DISTRICT JUDGE