William E. Taggart, Jr. (SBN 041134)
Taggart & Hawkins P.C.
1901 Harrison Street, Suite 1600
Oakland, CA 94612-3501
(510) 893-9999 (telephone)
(510) 893-9980 (facsimile)
wetaggart@tagghawk.com

*E-Filed 9/2/09*

Attorney for Petitioner
Adil K. Jaffer

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADIL K. JAFFER,<br><br>    Petitioner,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | **Case No. 5:09-mc-80111 JW (RS)**<br><br>~~(PROPOSED)~~ **ORDER** |

On May 26, 2009, Petitioner Adil K. Jaffer ("Petitioner") filed a petition to quash a civil administrative summons dated May 5, 2009, served by the Internal Revenue Service ("IRS") on Google Inc. ("Google") which seeks information related to and contained in Petitioner's email account with Google.   Petitioner and Respondent United States of America ("United States") have proposed a reasonable procedure for the review of the records subject to the IRS' summons in order to preserve issues of privilege.  Therefore, it is hereby ORDERED that:

    a.  Google shall release the records subject to the May 5, 2009, summons both to the United States, as set out below, and to Petitioner, who is the subscriber of the relevant account.

b.  Within thirty days of receipt of the records, Petitioner will provide the United States with a log or inventory of records subject to a claim of privilege in sufficient detail to enable the United States to assess each claim of privilege, and the basis for the claim, pursuant to Federal Rule of Civil Procedure 26(b)(5)(A)(ii) ("privilege log").

c.  After Petitioner has provided a privilege log and produced any documents not protected by a privilege, the United States will assemble a team of agents of the IRS and/or attorneys of the United States Attorney's Office of a District to be designated, none of whom shall be actively associated with the investigation of Petitioner (the "taint team"), to conduct a review of the documents identified in the privilege log.  No member of the taint team shall disclose, either directly or indirectly, any record identified in the privilege log to any attorney or agent actively connected with the investigation of Petitioner without further order of this Court.

d.  The parties may submit any record to this Court for <u>in camera</u> review in order to resolve a disputed claim of privilege.

e.  If the parties cannot agree on the documents to be produced, the parties will notify the Court in writing and request a ruling from the Court.

f.  In the event that no disputes between the parties remain forty-five days after production of the privilege log, the parties will provide the Court with a proposed order dismissing the petition with prejudice and without costs to either party.

Dated: 9/2/09

~~Hon. James Ware~~
~~United Stated District Judge~~

RICHARD SEEBORG
United States Magistrate Judge

H26FJORAJAFF.wpd

-2-

~~(PROPOSED)~~ ORDER
(Case No. 5:09-MD-80111 JW (RS))